[No. 10481-1-I.   Division One.   November 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
RICHARDO BORDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-04858-5, Richard M. Ishikawa, J., entered May 29, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Scholfield, JJ.

[No. 10613-9-I.   Division One.   November 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
GUY WAGONER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-8-00567-7, Maurice Epstein, J. Pro Tem., entered July 8, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 10427-6-I.   Division One.   November 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
STEENFOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-01044-6, John E. Rutter, Jr., J., entered May 18, 1981. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.